# Exhibit 2

| US10749620 | Rumble ("The accused instrumentality") |
|---|---|
| 1. A server device that communicates with a user device associated with a user, where the user device receives content information that describes content that is broadcasted by an entity server, the server device comprising:<br><br>**Col 25, 26: lines 62-67, 1:**<br><br>*Station profile 800 may store previous content information 803 c, which may identify content that has been broadcasted by broadcast station 150. For example, previous content information 803 c may include a content name, artist, author, date, start time, end time, duration, previous* | The accused instrumentality discloses a server device (e.g., server of the accused instrumentality) that communicates with a user device (e.g., user device such as smartphone, laptop, etc. enabled with the accused instrumentality) associated with a user, where the user device (e.g., user device such as smartphone, laptop, etc. enabled with the accused instrumentality) receives content information (e.g., video content information such as content name, channel name, etc.) associated with content (e.g., video content) that is broadcasted by an entity server (e.g., entity server such as Rumble Live broadcaster, Rumble Shorts broadcaster, etc.).<br><br>As shown below, the accused instrumentality is a streaming service that provides live and on-demand video content to users. When a user device enabled with the accused instrumentality sends a request to play video content, the server of the accused instrumentality identifies whether the content belongs to the Rumble Shorts profile or the Rumble Live profile. Based on identification, it fetches content to the user and thereby enabling the user to access and play the video content. The content includes information such as content name, channel name, etc. associated with it. |

*schedule, show, etc.* and/or any other information associated with content that has been broadcasted by broadcast station *150*.

https://rumble.com/

https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



## Rumble: Stream & Watch Videos

About this app

Welcome to Rumble: The Future of Video & Live Streaming 🚀

Tired of censorship and restrictive algorithms, or looking for a true YouTube alternative? Rumble is a freedom-first video-sharing app built for viewers who believe in free speech and an open Internet. Here, you can watch live streams, share video, explore Shorts, and enjoy a place where independent voices can speak freely.

https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



# Rumble: Stream & Watch Videos

About this app

🎥 WHY RUMBLE IS THE RIGHT VIDEO PLATFORM FOR YOU
Whether you want news, politics, podcasts, gaming, sports, or culture, Rumble brings together video, streaming, Shorts, and original content in one app. Watch live shows, discover creators, and enjoy an alternative to YouTube that puts creators first on a platform built for open conversation.

https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



## Rumble: Stream & Watch Videos

About this app

**Compatibility for your active devices \***

Samsung SM — user device

| | |
|---|---|
| **Version** | **Compatibility** |
| 3.12.0 | Works on your device |
| **Download Size** | **Requires** |
| 34 MB | Android 7.0 and up |

https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



https://rumble.com/premium/videos



https://rumble.com/v7896eo-livepiggy-celabration-and-smoke-sesh.html?e9s=src_v1_pvp



https://rumble.com/v7896eo-livepiggy-celabration-and-smoke-sesh.html?e9s=src_v1_pvp



https://rumble.com/



https://rumble.com/shorts/v7898r4?e9s=src_v1_cooking



https://rumble.com/shorts/v7898r4?e9s=src_v1_cooking

| one or more processors executing instructions to: receive, from the user device, a request for a copy of the content, the request including a first identifier associated with the content, information associated with the user device, and information associated with the | The accused instrumentality discloses one or more processors (e.g., processor of the accused instrumentality server) executing instructions to: receive, from the user device (e.g., user device enabled with the accused instrumentality), a request (e.g., request to play the video) for a copy of the content (e.g., video content), the request (e.g., request to play the video) including a first identifier (e.g., content name, channel name, etc.) associated with the content (e.g., video content), information (e.g., user name, email address, login credentials, a type of user subscription, etc.) associated with the user device (e.g., user device enabled with the accused instrumentality), and information (e.g., entity server name, etc.) associated with the entity server (e.g., entity server such as Rumble Live broadcaster, Rumble Shorts broadcaster, etc.). |
|---|---|

| | |
|---|---|
| entity server;<br><br>**Col 27: lines 56-65:**<br><br>*Capture button **904** may enable a user to capture content. For example, in the event that a user desires to capture the content being broadcast (e.g., John Doe's Love Song, as in FIG. 9), <u>a user may select capture button **904** (e.g. a single button), which may cause user device **110** to send a request for content to application server **160**. As further described below, user device **110** may receive an identifier, a key, and/or authorization associated with the content (enable user device **110** to access and play the content)</u> and/or a copy of the* | As shown below, the accused instrumentality is a streaming service that provides live and on-demand video content to users. When a user device enabled with the accused instrumentality performs login and sends a request to play the video content by clicking the play button, the processor of the accused instrumentality server receives a request from a user device enabled with the accused instrumentality to access video content from Rumble Live, Rumble Shorts, etc. The request includes information associated with the video content (e.g., content name, channel name, etc.) as well as information associated to the user device (e.g., username, email address, login credentials, and subscription type), and information associated to the entity server (e.g., server name, etc.).<br><br><br><br>https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US |

content such that it is available to the user.

## Col 16: lines 37-48:

*User profile module 511 may enable application server 160 to create and/or maintain a profile associated with a user and/or user device 110 (hereinafter, "user profile") from which information associated with a user, user device 110, content, and/or ad content, may be received. Such a user profile may include user information (e.g., a name of user, an address of the user, a user email address, a sim URI, etc.), information associated with user device 110 (e.g., a network address,*

 **Rumble: Stream & Watch Videos**   ✕

About this app

Welcome to Rumble: The Future of Video & Live Streaming 🚀

Tired of censorship and restrictive algorithms, or looking for a true YouTube alternative? Rumble is a freedom-first video-sharing app built for viewers who believe in free speech and an open Internet. Here, you can watch live streams, share video, explore Shorts, and enjoy a place where independent voices can speak freely.

https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US

*Internet Protocol (IP) address, a mobile directory number, an electronic serial number, etc.), an account number, a type of user subscription, etc. as further described herein.*

## Col 25, 26: lines 62-67, 1:

*Station profile 800 may store previous content information 803 c, which may identify content that has been broadcasted by broadcast station 150. For example, previous content information 803 c may include a content name, artist, author, date, start time, end time, duration, previous schedule, show, etc. and/or any other information associated with content that has*



been broadcasted by broadcast station *150*.

Col 20: lines 30-36:

*Station server **120** may also, or alternatively, provide information associated with the station (e.g., name, station frequency, address, broadcast area, genre, etc.)* and/or station server *120* (e.g., an IP address, MAC address, uniform resource locator (URL), an electronic serial number (ESN), etc.) to application server *160*.



https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



https://rumble.com/shorts/v219cuk?premium_checkout=1



https://rumble.com/v789f58-artemis-ii-multiview-live.html?e9s=src_v1_pvp



https://rumble.com/premium/videos



https://rumble.com/v7896eo-livepiggy-celabration-and-smoke-sesh.html?e9s=src_v1_pvp



https://rumble.com/



https://rumble.com/shorts/v7898r4?e9s=src_v1_cooking



https://rumble.com/shorts/v7898r4?e9s=src_v1_cooking



https://rumble.com/v7896eo-livepiggy-celabration-and-smoke-sesh.html?e9s=src_v1_pvp

## Rumble Premium Content

All Rumble Premium videos, all in one place. See what your favorite creators are sharing with Premium subscribers — from fully exclusive drops to streams that go subscriber-only midway through. Watch what's available or subscribe to unlock it all.

**Subscribe Now**

https://rumble.com/premium/videos



https://rumble.com/premium



https://auth.rumble.com/?theme=s&redirect_uri=https%3A%2F%2Frumble.com%2Fshorts%2Fv6zf29e%3Fpremium_checkout%3D1&lang=en_US

## 1. INFORMATION WE COLLECT

We collect your Personal Information based on the purpose for which you provide it to us. "Personal Information" includes any information that we collect about you that, alone or in combination with other information, can be used to identify you, such as a personal identifier (e.g., name, email or postal address, phone number, etc.), online identifiers, or inferences about your preferences. For the purpose of this Privacy Policy, Personal Information also includes "Personal Data," as defined under the General Data Protection Regulation ("GDPR") or other applicable international data protection laws.

https://rumble.com/s/privacy

We collect (or have collected during the preceding 12 months from the date of this Policy) Personal Information that generally falls within one or more of the following categories:

Direct Identifiers. We collect identifiers such as your real name, alias, email address, phone number, account username and password, photographs, biographical information, and other similar information.

Protected Classifications. We collect age information based on date of birth and gender information.

https://rumble.com/s/privacy



<table>
<tr><td>obtain a user profile associated with the user device by matching the information associated with the user device to first information stored in the user profile;</td><td>The accused instrumentality discloses obtaining a user profile (e.g., user account profile), associated with the user device (e.g., user device enabled with the accused instrumentality), by matching the information (e.g., user name, email address, login credentials, a type of user subscription, etc.) associated with the user device (e.g., user device enabled with the accused instrumentality) to first information (e.g., user name, email address, login credentials, a type of user subscription, etc.) stored in the user profile (e.g., user account profile).</td></tr>
</table>

| Col 16: lines 37-48: | As shown below, the accused instrumentality is a streaming service that provides live and on-demand video content to users. A user can create an account on the accused instrumentality and select a type of subscription such as monthly or annual. When a user device enabled with the accused instrumentality performs login and sends a request to the server to play the video content, the processor of the accused instrumentality server obtains a user profile associated with the user device by matching the information associated with the user device such as the username, email address, login credentials, subscription type, etc. with the information stored in the user profile to authorize access to the video content. |
|---|---|
| *User profile module 511 may enable application server 160 to create and/or maintain a profile associated with a user and/or user device 110 (hereinafter, "user profile") from which information associated with a user, user device 110, content, and/or ad content, may be received. Such a user profile may include user information (e.g., a name of user, an address of the user, a user email address, a sim URI, etc.), information associated with user device 110 (e.g., a network address, Internet Protocol (IP) address, a mobile directory number, an* | https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US |

| | |
|---|---|
| *electronic serial number, etc.), an account number, a type of user subscription, etc. as further described herein.* |  **Rumble: Stream & Watch Videos** ✕<br><br>About this app<br><br>Welcome to Rumble: The Future of Video & Live Streaming 🚀<br><br>Tired of censorship and restrictive algorithms, or looking for a true YouTube alternative? Rumble is a freedom-first video-sharing app built for viewers who believe in free speech and an open Internet. Here, you can watch live streams, share video, explore Shorts, and enjoy a place where independent voices can speak freely.<br><br>https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US |



**Rumble: Stream & Watch Videos**

About this app

---

Compatibility for your active devices *

Samsung SM — user device

Version
3.12.0

Compatibility
Works on your device

Download Size
34 MB

Requires
Android 7.0 and up

https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



https://auth.rumble.com/signup?theme=s&redirect_uri=https%3A%2F%2Frumble.com%2Fs%2Fprivacy&lang=en_US

## Rumble Premium Content

All Rumble Premium videos, all in one place. See what your favorite creators are sharing with Premium subscribers — from fully exclusive drops to streams that go subscriber-only midway through. Watch what's available or subscribe to unlock it all.

Subscribe Now

https://rumble.com/premium/videos



https://rumble.com/premium/videos



https://rumble.com/premium



https://auth.rumble.com/?theme=s&redirect_uri=https%3A%2F%2Frumble.com%2Fshorts%2Fv6zf29e%3Fpremium_checkout%3D1&lang=en_US



*Source: Usage of the accused instrumentality*

## 1. INFORMATION WE COLLECT

We collect your Personal Information based on the purpose for which you provide it to us. "Personal Information" includes any information that we collect about you that, alone or in combination with other information, can be used to identify you, such as a personal identifier (e.g., name, email or postal address, phone number, etc.), online identifiers, or inferences about your preferences. For the purpose of this Privacy Policy, Personal Information also includes "Personal Data," as defined under the General Data Protection Regulation ("GDPR") or other applicable international data protection laws.

https://rumble.com/s/privacy

We collect (or have collected during the preceding 12 months from the date of this Policy) Personal Information that generally falls within one or more of the following categories:

Direct Identifiers. We collect identifiers such as your real name, alias, email address, phone number, account username and password, photographs, biographical information, and other similar information.

Protected Classifications. We collect age information based on date of birth and gender information.

https://rumble.com/s/privacy

**Data collected**
Data this app may collect

**Personal info**

Name, Email address, User IDs, Address, and Phone number

**Data collected and for what purpose** ⓘ

**Name** · Optional
App functionality, Analytics, Developer communications, Advertising or marketing, Fraud prevention, security, and compliance, Personalization, Account management

**Email address**
App functionality, Analytics, Developer communications, Advertising or marketing, Fraud prevention, security, and compliance, Personalization, Account management

**User IDs**
App functionality, Analytics, Developer communications, Advertising or marketing, Fraud prevention, security, and compliance, Personalization, Account management

**Address** · Optional
App functionality, Analytics, Developer communications, Advertising or marketing, Fraud prevention, security, and compliance, Personalization, Account management

**Phone number** · Optional
App functionality, Analytics, Developer communications, Advertising or marketing, Fraud prevention, security, and compliance, Personalization, Account management

https://play.google.com/store/apps/datasafety?id=com.rumble.battles&hl=en_US



https://rumble.com/shorts/v219cuk?premium_checkout=1



https://rumble.com/v789f58-artemis-ii-multiview-live.html?e9s=src_v1_pvp



https://rumble.com/v7896eo-livepiggy-celabration-and-smoke-sesh.html?e9s=src_v1_pvp



https://rumble.com/v7896eo-livepiggy-celabration-and-smoke-sesh.html?e9s=src_v1_pvp



https://rumble.com/shorts/v7898r4?e9s=src_v1_cooking



https://rumble.com/shorts/v7898r4?e9s=src_v1_cooking

| obtain an entity profile, associated with the entity server, by matching the information associated with the entity server to second information stored in the entity profile; | The accused instrumentality discloses obtaining an entity profile (e.g., Rumble Live profile, Rumble Shorts profile, etc.), associated with the entity server (e.g., entity server such as Rumble Live broadcaster, Rumble Shorts broadcaster, etc.), by matching the information (e.g., entity server name such as Rumble Live, Rumble Shorts, etc.) associated with the entity server (e.g., entity server such as Rumble Live broadcaster, Rumble Shorts broadcaster, etc.) to second information (e.g., entity server name such as Rumble Live, Rumble Shorts, etc.) stored in the entity profile (e.g., Rumble Live profile, Rumble Shorts profile, etc.). |
| --- | --- |
| **Col 20: lines 30-36:** | As shown below, the accused instrumentality is a streaming service that provides live and on-demand video content to users. When a user device requests to play the video content, |

| | |
|---|---|
| _Station server **120** may also, or alternatively, provide information associated with the station (e.g., name, station frequency, address, broadcast area, genre, etc.)_ and/or _station server **120** (e.g., an IP address, MAC address, uniform resource locator (URL), an electronic serial number (ESN), etc.) to application server **160**._ | the processor of the accused instrumentality server receives request information including the entity server associated with the requested content such as entity server name such as Rumble Live, Rumble Shorts, etc., it then matches this information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the Rumble Live profile or the Rumble Shorts profile.<br><br><br><br>https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US |



# Rumble: Stream & Watch Videos

✕

About this app

Welcome to Rumble: The Future of Video & Live Streaming 🚀

Tired of censorship and restrictive algorithms, or looking for a true YouTube alternative? Rumble is a freedom-first video-sharing app built for viewers who believe in free speech and an open Internet. Here, you can watch live streams, share video, explore Shorts, and enjoy a place where independent voices can speak freely.

https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



## Rumble: Stream & Watch Videos

About this app

---

### Compatibility for your active devices *

Samsung SM ← user device

**Version**
3.12.0

**Compatibility**
Works on your device

**Download Size**
34 MB

**Requires**
Android 7.0 and up

https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



https://rumble.com/shorts/v219cuk?premium_checkout=1



https://rumble.com/v789f58-artemis-ii-multiview-live.html?e9s=src_v1_pvp



https://rumble.com/premium/videos



https://rumble.com/v7896eo-livepiggy-celabration-and-smoke-sesh.html?e9s=src_v1_pvp



https://rumble.com/v7896eo-livepiggy-celabration-and-smoke-sesh.html?e9s=src_v1_pvp



https://rumble.com/



https://rumble.com/shorts/v7898r4?e9s=src_v1_cooking



https://rumble.com/shorts/v7898r4?e9s=src_v1_cooking

| identify the content, in the entity profile, by matching the first identifier to a second identifier associated with the content stored in the entity profile;<br><br>**Col 25, 26: lines 62-67, 1:**<br><br>*Station profile 800 may* | The accused instrumentality discloses identifying the content (e.g., video content), in the entity profile (e.g., Rumble Live profile, Rumble Shorts profile, etc.), by matching the first identifier (e.g., content name, channel name, etc.) to a second identifier (e.g., content name, channel name, etc. that is stored on Rumble Live, Rumble Shorts, etc. ), associated with the content (e.g., video content) stored in the entity profile (e.g., Rumble Live profile, Rumble Shorts profile, etc.).<br><br>As shown below, the accused instrumentality is a streaming service that provides live and on-demand video content to users. When a user device requests to play the video content, the processor of the accused instrumentality server receives request information including the entity server associated with the requested content such as entity server |

| | |
|---|---|
| *store previous content information 803 c, which may identify content that has been broadcasted by broadcast station 150. For example, previous content information 803 c may include a content name, artist, author, date, start time, end time, duration, previous schedule, show, etc. and/or any other information associated with content that has been broadcasted by broadcast station 150.* | name such as Rumble Live, Rumble Shorts, etc., it then matches this information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the Rumble Live profile or the Rumble Shorts profile.<br><br>It then identifies the content on the entity account by matching the content name, channel, etc. with the content information already stored on entity account.<br><br> **Rumble: Stream & Watch Videos**  ✕<br><br>About this app<br><br>Welcome to Rumble: The Future of Video & Live Streaming 🚀<br><br>Tired of censorship and restrictive algorithms, or looking for a true YouTube alternative? Rumble is a freedom-first video-sharing app built for viewers who believe in free speech and an open Internet. Here, you can watch live streams, share video, explore Shorts, and enjoy a place where independent voices can speak freely.<br><br>https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US |



https://rumble.com/shorts/v219cuk?premium_checkout=1



https://rumble.com/v789f58-artemis-ii-multiview-live.html?e9s=src_v1_pvp



https://rumble.com/



https://rumble.com/shorts/v7898r4?e9s=src_v1_cooking



https://rumble.com/shorts/v7898r4?e9s=src_v1_cooking



https://rumble.com/premium/videos



https://rumble.com/v7896eo-livepiggy-celabration-and-smoke-sesh.html?e9s=src_v1_pvp



https://rumble.com/v7896eo-livepiggy-celabration-and-smoke-sesh.html?e9s=src_v1_pvp

| obtain the copy of the content to enable the user device to access the copy of the content based on the identifying the content in the entity profile; | The accused instrumentality discloses obtaining the copy of the content (e.g., video content) to enable the user device (e.g., user device enabled with the accused instrumentality) to access the copy of the content (e.g., video content) based on the identifying the content (e.g., video content) in the entity profile (e.g., Rumble Shorts profile, Rumble Live profile, etc.).

As shown below, the accused instrumentality is a streaming service that provides live and on-demand video content to users. When a user device requests to play the video content, the processor of the accused instrumentality server receives request information |

including the entity server associated with the requested content such as entity server name such as Rumble Live, Rumble Shorts, etc., it then matches this information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the Rumble Live profile or the Rumble Shorts profile.

It then identifies and obtains the content on the entity account by matching the content name, channel, etc. with the content information already stored on entity account.



https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US

 **Rumble: Stream & Watch Videos**

About this app

✕

Welcome to Rumble: The Future of Video & Live Streaming 🚀

Tired of censorship and restrictive algorithms, or looking for a true YouTube alternative? Rumble is a freedom-first video-sharing app built for viewers who believe in free speech and an open Internet. Here, you can watch live streams, share video, explore Shorts, and enjoy a place where independent voices can speak freely.

https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



## Rumble: Stream & Watch Videos

About this app

---

## Compatibility for your active devices *

Samsung SM — user device

**Version**
3.12.0

**Compatibility**
Works on your device

**Download Size**
34 MB

**Requires**
Android 7.0 and up

https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



https://rumble.com/shorts/v219cuk?premium_checkout=1



https://rumble.com/v789f58-artemis-ii-multiview-live.html?e9s=src_v1_pvp



[https://rumble.com/](https://rumble.com/)



https://rumble.com/shorts/v7898r4?e9s=src_v1_cooking



https://rumble.com/premium/videos



https://rumble.com/v7896eo-livepiggy-celabration-and-smoke-sesh.html?e9s=src_v1_pvp

| | |
|---|---|
| send, to the user profile, a notification indicating that the user device is | The accused instrumentality discloses sending to the user profile, a notification (e.g., access to play the video content) indicating that the user device (e.g., user device enabled with the accused instrumentality) is authorized (e.g., authorized based on type of |

| | |
|---|---|
| authorized to access to the content.<br><br>**Col 27: lines 56-65:**<br><br>*Capture button **904** may enable a user to capture content. For example, in the event that a user desires to capture the content being broadcast (e.g., John Doe's Love Song, as in FIG. 9), a user may select capture button **904** (e.g. a single button), which may cause user device **110** to send a request for content to application server **160**. As further described below, user device **110** may receive an identifier, a key, and/or authorization associated with the content (enable user device **110** to access and play the content)* | subscription, etc.) to access to the content (e.g., video content).<br><br>As shown below, the accused instrumentality is a streaming service that provides live and on-demand video content to users. When a user device requests to play the video content, the processor of the accused instrumentality server receives request information including the entity server associated with the requested content such as entity server name such as Rumble Live, Rumble Shorts, etc., it then matches this information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the Rumble Live profile or the Rumble Shorts profile.<br><br>It then identifies the content on the entity account by matching the content name, duration, artist, etc. with the content information already stored on entity account. Based on obtained content i.e., paid content, and user profile i.e., type of subscription, it will identify the content and provide authorization to the user to access/play the content.<br><br><br><br>https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US |

*and/or a copy of the content such that it is available to the user.*

<u>Col 27: lines 45-52:</u>

*In one non-limiting example, in the event that the content is leased and/or rented, the key may be associated with a lease that expires after a period of time. Expiration of the key may preclude user device 110 from decoding the content, playing the content, downloading or streaming the content, or may cause an indicator and/or <u>notification (that indicates that access has been granted to the content)</u> to be removed from the user profile.*



## Rumble: Stream & Watch Videos

About this app

Welcome to Rumble: The Future of Video & Live Streaming 🚀

Tired of censorship and restrictive algorithms, or looking for a true YouTube alternative? Rumble is a freedom-first video-sharing app built for viewers who believe in free speech and an open Internet. Here, you can watch live streams, share video, explore Shorts, and enjoy a place where independent voices can speak freely.

https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



https://play.google.com/store/apps/details?id=com.rumble.battles&hl=en_US



https://auth.rumble.com/signup?theme=s&redirect_uri=https%3A%2F%2Frumble.com%2Fs%2Fprivacy&lang=en_US



*Source: Usage of the accused instrumentality*



https://rumble.com/shorts/v219cuk?premium_checkout=1



https://auth.rumble.com/?theme=s&redirect_uri=https%3A%2F%2Frumble.com%2Fshorts%2Fv6zf29e%3Fpremium_checkout%3D1&lang=en_US

## Rumble Premium Content

All Rumble Premium videos, all in one place. See what your favorite creators are sharing with Premium subscribers — from fully exclusive drops to streams that go subscriber-only midway through. Watch what's available or subscribe to unlock it all.

**Subscribe Now**

https://rumble.com/premium/videos



https://rumble.com/premium



https://rumble.com/v789f58-artemis-ii-multiview-live.html?e9s=src_v1_pvp



https://rumble.com/shorts/v219cuk?premium_checkout=1



https://rumble.com/



https://rumble.com/shorts/v7898r4?e9s=src_v1_cooking



https://rumble.com/shorts/v7898r4?e9s=src_v1_cooking



https://rumble.com/premium/videos



https://rumble.com/v7896eo-livepiggy-celabration-and-smoke-sesh.html?e9s=src_v1_pvp



https://rumble.com/v7896eo-livepiggy-celabration-and-smoke-sesh.html?e9s=src_v1_pvp

## 1. INFORMATION WE COLLECT

We collect your Personal Information based on the purpose for which you provide it to us. "Personal Information" includes any information that we collect about you that, alone or in combination with other information, can be used to identify you, such as a personal identifier (e.g., name, email or postal address, phone number, etc.), online identifiers, or inferences about your preferences. For the purpose of this Privacy Policy, Personal Information also includes "Personal Data," as defined under the General Data Protection Regulation ("GDPR") or other applicable international data protection laws.

https://rumble.com/s/privacy

We collect (or have collected during the preceding 12 months from the date of this Policy) Personal Information that generally falls within one or more of the following categories:

Direct Identifiers. We collect identifiers such as your real name, alias, email address, phone number, account username and password, photographs, biographical information, and other similar information.

Protected Classifications. We collect age information based on date of birth and gender information.

https://rumble.com/s/privacy

**Data collected**
Data this app may collect

**Personal info**
Name, Email address, User IDs, Address, and Phone number

**Data collected and for what purpose** ⓘ

**Name** · Optional
App functionality, Analytics, Developer communications, Advertising or marketing, Fraud prevention, security, and compliance, Personalization, Account management

**Email address**
App functionality, Analytics, Developer communications, Advertising or marketing, Fraud prevention, security, and compliance, Personalization, Account management

**User IDs**
App functionality, Analytics, Developer communications, Advertising or marketing, Fraud prevention, security, and compliance, Personalization, Account management

**Address** · Optional
App functionality, Analytics, Developer communications, Advertising or marketing, Fraud prevention, security, and compliance, Personalization, Account management

**Phone number** · Optional
App functionality, Analytics, Developer communications, Advertising or marketing, Fraud prevention, security, and compliance, Personalization, Account management

https://play.google.com/store/apps/datasafety?id=com.rumble.battles&hl=en_US